## SHOLAR v. HAMBY

[335 N.C. 163 (1993)]

JEFFREY T. SHOLAR AND ALICE F. SHOLAR v. ROGER W. HAMBY, IN-
DIVIDUALLY, RHONDA R. HAMBY, INDIVIDUALLY, JAMES SMITH, INDIVIDUAL-
LY, TROY WALLACE, INDIVIDUALLY, ROBERT MORTON, INDIVIDUALLY, SWH
ENTERPRISES, D/B/A NATIONAL PACKAGING & SHIPPING OF
TAYLORS, SOUTH CAROLINA, SWH ENTERPRISES, D/B/A NATIONAL
PACKAGING & SHIPPING OF GREENVILLE, SOUTH CAROLINA, A
LIMITED PARTNERSHIP, SWH ENTERPRISES, INC., D/B/A NATIONAL
PACKAGING & SHIPPING, A SOUTH CAROLINA DOMESTIC CORPORATION

No. 88PA93

(Filed 5 November 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31(a) of
an unpublished decision of the Court of Appeals, 108 N.C. App.
787, 426 S.E.2d 301 (1993), dismissing plaintiffs' appeal from an
order entered 8 August 1991 by Seay, J., in Superior Court, Forsyth
County, which dismissed plaintiffs' action as to defendants Roger
W. Hamby, Rhonda R. Hamby, James Smith, Troy Wallace, Robert
Morton, and SWH Enterprises of Greenville, South Carolina. Heard
in the Supreme Court 11 October 1993.

*David F. Tamer for plaintiff appellants.*

*E. Clarke Dummit for defendant appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.